**SEALED** **FILED**

NOV 0 2 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant United States Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Applicant
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER <br> (1) 559-469-1358 <br> (2) 559-217-9440 <br> (3) 559-804-4928 | NO. 1:11-sw-264-BAM <br><br> **UNDER SEAL** <br><br> ORDER |

Application having been made by the United States for an Order pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. §2703(c)(1)(A) directing SPRINT/NEXTEL to assist agents of the Drug Enforcement Administration ("DEA"), Immigration and Customs Enforcement ("ICE"), and other law enforcement agencies the U.S. Attorney's Office designates by providing for a period of thirty (30) days from the date of this order all information, facilities, and technical assistance needed to ascertain the physical location, including but not limited to data indicating the specific latitude and longitude of (or other precise location information concerning) (the "Requested Information") of the cellular telephones assigned

the following Mobile Directory Numbers (MDN):

1. 559-469-1358 (service provided by SPRINT/NEXTEL ("Target Telephone 1")) - a cellular phone used by Victor TORRES, who was charged by complaint on October 28, 2011 and against whom an arrest warrant is pending;

2. 559-217-9440 (service provided by SPRINT/NEXTEL ("Target Telephone 2")) - a cellular phone used by Fernando QUINTERO, who was charged by complaint on October 28, 2011 and against whom an arrest warrant is pending;

3. 559-804-4928 (service provided by SPRINT/NEXTEL ("Target Telephone 3")) - a cellular phone used by PINTO Last Name Unknown; PITINO is believed to be a drug trafficker, and a search warrant for PITINO's residence was authorized on October 28, 2011. Agents expect to find narcotics at PITINO's residence and would need to locate and arrest PITINO.

The Court finds that there is probable cause to believe that the Requested Information is necessary to determine the approximate location of TORRES, QUINTERO, and PITINO for the purpose of safely taking them into custody.

IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 41 that SPRINT/NEXTEL, beginning on the date of this order date of this Order and for a period not to exceed 30 days from the date of this Order, provide to agents of the DEA and ICE via e-mail the Requested Information[1] concerning the TARGET TELEPHONES, with

---

[1] Such information shall, where other information is unavailable, include records reflecting the tower and antenna face

said authority to extend to any time of the day or night as required, including when the TARGET TELEPHONES leaves the Eastern District of California; all of said authority being expressly limited to ascertaining the physical location of the TARGET TELEPHONES and expressly excluding the contents of any communications conducted by the user(s) of the TARGET TELEPHONES.

It is further ORDERED that SPRINT/NEXTEL, the service provider for the TARGET TELEPHONES, initiate a signal to determine the location of the subject's mobile device on SPRINT/NEXTEL Wireless's network or with such other reference points as may be reasonably available and at such intervals and times as directed by the law enforcement agent serving the proposed order, and furnish the technical assistance necessary to accomplish the acquisition unobtrusively and with minimal interference with such services as SPRINT/NEXTEL accords the user(s) of the TARGET TELEPHONES.

It is further ORDERED that the DEA compensate SPRINT/NEXTEL for reasonable expenses incurred in complying with any such request.

It is further ORDERED that the Court's Order and any accompanying Warrant, and the accompanying Application and Affidavit submitted in support thereof, as they reveal an ongoing investigation and details concerning sealed wiretap information and sensitive confidential informant information, be SEALED until further Order of the Court to avoid premature disclosure of the investigation,

---

("cell site") used by the TARGET TELEPHONE(S) at the start and end of any call.

guard against fugitives, and better ensure the safety of agents and others, except that copies of the Court's Order and any accompanying warrant in full or redacted form may be maintained by the United States Attorney's Office, and may be served on Special Agents and other investigative and law enforcement officers of the DEA, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and SPRINT/NEXTEL as necessary to effectuate the Court's Order.

It is further ORDERED that this warrant be returned to the issuing judicial officer within 10 days after the termination of the execution of the warrant.

It is further ORDERED that, pursuant to 18 U.S.C. 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), service of notice may be delayed for a period of 30 days, or longer if extensions are granted for good cause, after the termination of the monitoring period authorized by the warrant.

It is further ORDERED that SPRINT/NEXTEL, its affiliates, officers, employees, and agents not disclose the Court's Order or the underlying investigation, until notice is given as provided above.

DATED: November ___, 2011

THE HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA